**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

January 4, 2024

_____

NOTICE

_____

No. 23-2317, <u>Rodney Pierce v. The North Carolina State Board of Elections</u>
                4:23-cv-00193-D-RN

TO: Counsel and Parties

On January 3, 2024, counsel for the appellants filed a formal notice indicating the withdrawal of their pending emergency motion for limited injunction pending appeal. The parties are advised that the emergency motion for limited injunction pending appeal is considered terminated and that the court does not intend to take action on the motion.

Kirsten Hancock, Deputy Clerk
804-916-2704