FILED: January 9, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2317
(4:23-cv-00193-D-RN)
_____

RODNEY D. PIERCE; MOSES MATTHEWS

    Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY FOUR EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

    Defendants - Appellees

_____

O R D E R
_____

Upon consideration of appellee's motion to dismiss for lack of appellate jurisdiction, the court grants the motion. We know the trial court will be mindful of

the time-sensitive nature of the VRA suits as it proceeds.

    The appellant's motion to expedite is denied as moot.

    Entered at the direction of Judge Wilkinson, with the concurrence of Judge Gregory and Judge Rushing.

    For the Court

    /s/ Nwamaka Anowi, Clerk