**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 10, 2024

_____

RESPONSE REQUESTED

_____

No. 23-2317,  <u>Rodney Pierce v. The North Carolina State Board of Elections</u>
4:23-cv-00193-D-RN

TO:  Stacy "Four" Eggers
Kevin Lewis
Phillip E. Berger
Timothy K. Moore
North Carolina State Board of Elections
Alan Hirsch
Jeff Carmon
Siobhan Millen

**RESPONSE DUE: 01/17/2024**

Response is required to the motion to issue mandate forthwith on or before 01/17/2024.

Kirsten Hancock, Deputy Clerk
804-916-2704