FILED: January 16, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2317
(4:23-cv-00193-D-RN)
_____

RODNEY D. PIERCE; MOSES MATTHEWS

      Plaintiffs - Appellants

v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS; ALAN HIRSCH, in his official capacity as Chair of the North Carolina State Board of Elections; JEFF CARMON, III, in his official capacity as Secretary of the North Carolina State Board of Elections; STACY FOUR EGGERS, IV, in his official capacity as a member of the North Carolina State Board of Elections; KEVIN N. LEWIS, in his official capacity as a member of the North Carolina State Board of Elections; SIOBHAN O'DUFFY MILLEN, in her official capacity as a member of the North Carolina State Board of Elections; PHILLIP E. BERGER, in his official capacity as President Pro Tem of the North Carolina Senate; TIMOTHY K. MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of appellant's motion to immediately issue the mandate, the court grants the motion.

We issue the mandate forthwith so as not to obstruct the district court's proceedings and because we recognize the time-sensitive nature of these proceedings. Issuance of the mandate is not intended to impair the trial court's own considered review of those filings relevant to plaintiffs' request for injunctive relief.

Entered at the direction of Judge Wilkinson, with the concurrence of Judge Gregory and Judge Rushing.

                                              For the Court

                                              /s/ Nwamaka Anowi, Clerk